# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FRANK W. VINCENZO and**
**SANDRA K. VINCENZO, his wife,**
       **Plaintiffs,**

*vs.*                                  **CIVIL ACTION NO. 1:07CV26**

**AIG INSURANCE SERVICES, INC.,**
       **Defendant.**

## ORDER/OPINION

On the 6th day of October, 2009, Defendant Chartis Claims, Inc. (formerly known as AIG Domestic Claims and hereinafter referred to as "Defendant") filed a Motion to Continue Discovery Deadline for Purposes of Deposing Jacob M. Robinson and Addressing Insufficient Discovery Responses from Plaintiffs [Docket Entry 65]. No Response has yet been filed, and none is due at this time.

The discovery deadline in this case is October 9, 2009. Defendant noticed the deposition of Plaintiffs' counsel, Jacob Robinson, on September 11, 2009, to take place on September 30, 2009. On September 28, 2009, Plaintiffs filed a Motion for Protective Order. On September 30, 2009, the Court entered an order staying the deposition of attorney Robinson until such time as Defendant could show cause why the deposition should proceed. Defendant filed its response to the Motion for Protective Order on October 2, 2009. The Court scheduled a hearing on the matter for October 16, 2009.

Defendant also requests enlargement of the discovery deadline until the issue of its Motion to Compel Plaintiffs' responses to discovery requests. On October 6, 2009, however, the Court denied Defendant's motion to compel, thus rendering the request for enlargement of time on this basis moot.

For reasons appearing to the Court, the discovery deadline is therefore enlarged solely as to the taking of the deposition of attorney Robinson, if Plaintiff's Motion for Protective Order is ultimately denied.

For docketing purposes, Defendant's Motion to Continue Discovery Deadline for Purposes of Deposing Jacob M. Robinson and Addressing Insufficient Discovery Responses from Plaintiffs [Docket Entry 65] is **GRANTED IN PART AND DENIED IN PART**.

It is so **ORDERED**.

The United States Clerk for the Northern District of West Virginia is directed to provide a copy of this order to counsel of record.

DATED: October 8 , 2009.

*John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE